UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

DEC 09 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR-19-63-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JULIAN TYLER BAUGHMAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 9th day of December, 2019.

Honorable Susan P. Watters
United States District Judge