IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-63-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JULIAN TYLER BAUGHMAN | |
| Defendant. | |

IT IS ORDERED that the following weapons, which have been admitted as exhibits, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| Gov't - 1 | Glock (Importer: Glock, Inc.) Model 22, .40 caliber semi-automatic pistol, S/N: ADM821US |
| Gov't - 2 | CZ (Importer: CZ-USA), model Scorpion Evo 3 S1, 9 mm semi-automatic pistol, serial number # C137290 |
| Gov't - 3 | Sig Sauer, model P229, .357 Sig caliber semi-automatic pistol, serial number # AGU17667 |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 9th day of December, 2019.

Susan P. Watters
United States District Court Judge