

**FILED**

JUL 2 8 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JULIAN TYLER BAUGHMAN,<br><br>             Defendant. | CR 19-63-BLG-SPW<br><br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of the juror in the Volume III of III transcript at page 245, line 13 shall be redacted from the trial transcript in this matter.

DATED this _28th_ day of July, 2020.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1